UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In Re:   John M. Underwood, Jr.                             Case No. 13-12355-BFK
                                                           Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deutsche Bank Trust Company Americas,
as Trustee for Residential Accredit Loans,
Inc., Mortgage Asset-Backed Pass-Through
Certificates, Series 2006-QS1 , Movant

vs.

John M. Underwood, Jr., Debtor
Donald F. King, Esq., Trustee
                    Respondents.


**ORDER TERMINATING AUTOMATIC STAY**
**HEARING HELD**
**Real Property at 43655 Lucketts Bridge Circle, Ashburn, Virginia 20148**

  Upon consideration of the Motion for Relief from Stay filed by the Movant, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS1 , and a hearing having been held and for good cause shown, it is

  ORDERED, that the stay of 11 U.S.C. Section 362(a) is modified to permit the Movant, to enforce the lien of its deed of trust as it pertains to the real property, under the Deed of Trust dated December 9, 2005, and recorded among the land records of COUNTY OF LOUDOUN, Virginia, and secured by the real property of the Debtor at **43655 Lucketts Bridge Circle, Ashburn, Virginia 20148,** and described as follows:

```
LOT 76, SECTION 1, BLOCK 1B, LOUDOUN VALLEY ESTATES, AS THE SAME APPEARS
DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 1974, PAGE 143, AMONG
THE LAND RECORDS OF LOUDOUN COUNTY, VIRGINIA.
```

  ORDERED, that this relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Abby K. Moynihan, Esq.
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #79686
301.490.1196
bankruptcyva@mwc-law.com

Jul 19 2013

/s/ Brian F. Kenney

Date: _____        _____
                                                    Judge, U.S. Bankruptcy Court
                                                    Eastern District of Virginia

Entered on Docket: eod 7/19/2013 _____

I ask for this:

/s/  Abby K. Moynihan, Esq.
Abby K. Moynihan, Esq.
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #79686
301.490.1196
bankruptcyva@mwc-law.com
*Attorney for Movant*

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Abby K. Moynihan, Esq.

Certification

The undersigned certifies that the foregoing Order Granting Relief from Stay is in substantial compliance to the form order required by the Administrative Order and that no modifications, additions or deletions have been made.

/s/  Abby K. Moynihan, Esq.

**PARTIES TO RECEIVE COPIES**

John M. Underwood, Jr.
43655 Lucketts Bridge Circle
Ashburn, Vermont  20148


Copies were sent electronically via the CM/ECF system to Richard Owen Bolger, Esq., Attorney for Debtor and Donald F. King, Esq., Trustee.